# SUPPLEMENTAL CIVIL COVER SHEET FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

_____

1. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party | Party Type | Attorney(s) |
    |---|---|---|
    | Fred Doremus<br>Linda Doremus | Plaintiffs | Mark G. Henness, NV Bar No. 5842<br>Jacob S. Smith, NV Bar No. 10231<br>Henness & Haight<br>8972 Spanish Ridge Avenue<br>Las Vegas, NV  89148<br>(702) 862-8200 |
    | American Family Mutual Insurance Company | Defendant | Kevin C. Barrett, NV Bar No. 8959<br>Graif Barrett & Matura, P.C.<br>1850 North Central Avenue, Suite 500<br>Phoenix, AZ  85004<br>(602) 792-5700 |

2. **Jury Demand:**

    Was a Jury Demand made in another jurisdiction?   Yes   ☐ No

    If "Yes," by which party and on what date?

3. **Answer:**

    Was an Answer made in another jurisdiction?   Yes   ☐ No
    If "yes," by which party and on what date?

4. **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| American Family Mutual Insurance Company | 3/13/17 | Certified Mail to Nevada Commissioner of Insurance |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed: None.

6. **Nonsuited, Dismissed or Terminated Parties:** None.

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiffs | Breach of Covenant of Good Faith/Insurance Bad Faith, Violation of Unfair Claim Practices Act, Negligent and/or Intentional Misrepresentation, Breach of Contract |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

4843-5872-6982, v. 1