Kevin C. Barrett, State Bar No. 8959
**BARRETT | MATURA**
8925 East Pima Center Parkway, Suite 100
Scottsdale, Arizona 85258
Telephone: (602) 792-5705
Facsimile: (602) 792-5710
kbarrett@barrettmatura.com

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED DOREMUS, individually; and LINDA DOREMUS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign entity; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01034-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF REMAINING DEADLINES**<br>**[SECOND REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rules 6-1, 7-1, and LR 26-4, the parties hereby submit the following Stipulation and Order for Extension of Remaining Deadlines (Second Request) to extend the discovery deadlines and all related case management deadlines, as set forth in the Court's Scheduling Order [Doc. 13] and Order granting Stipulation to Extend Discovery Deadline [Doc. 17], by approximately 90 days.

**I.  STATUS OF DISCOVERY EFFORTS TO DATE**

The parties have conducted the following discovery to date:

- Disclosure statements have been exchanged.
- Defendant served Plaintiffs with Interrogatories and Requests for Production on September 19, 2017.
- Plaintiffs have responded to Interrogatories and Requests for Production on October 23, 2017.

- Defendant issued subpoenas duces tecum to Plaintiffs' medical providers in November, 2017.
- Some medical records have been produced by Plaintiffs' medical providers, but not all.
- Plaintiffs issued Interrogatories, Requests for Production, and Requests for Admission to Defendant on February 6, 2018.
- Defendant's responses to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission will be filed on March 12, 2018.
- Plaintiffs have taken the depositions of the claim handlers involved in this matter and some 30(b)(6) representatives.
- Expert opinions have been exchanged.

## II. DISCOVERY REMAINING

- Pending subpoena responses from remaining medical providers to be received by Defendant.
- Deposition of Plaintiffs.
- Deposition of an additional 30(b)(6) Defendant representative.
- Expert depositions.
- Depositions of additional fact witnesses, as necessary.
- Additional subpoenas and written discovery, as necessary.

## III. REASONS FOR REQUESTED EXTENSION

Pursuant to Local Rule 26-4, the parties submit that good cause exists for the extension requested below for the following reasons:

The parties have been diligent in conducting written discovery, issuing subpoenas to collect Plaintiffs' relevant medical information, and beginning the deposition process. However, at this time, the parties have been unable to schedule all of the necessary depositions within the current deadlines. Additionally, without all of the relevant medical records collected, it would be premature for Defendant to depose Plaintiffs. The parties are working together to facilitate mutually acceptable dates for the remaining depositions.

As such, good cause is present to extend the current case deadlines, as evidenced by the discovery efforts listed above. The parties have diligently worked together to move this case forward.

**IV.  CURRENT DATES AND REQUESTED EXTENSIONS**

The parties hereby request an extension of the remaining case deadlines as follows:

1. Discovery Cutoff Date:

    Current date: March 18, 2018

    **Requested Extension:     June 18, 2018**

2. Dispositive Motions:

    Current date: April 17, 2018

    **Requested Extension:     July 16, 2018**

3. Pretrial Order:

    Current date: May 17, 2018

    **Requested Extension:     August 15, 2018** (unless dispositive motions are filed, in which case the pretrial order shall be filed thirty days after the decision on the dispositive motions or further order from the Court).

4. All other deadlines set forth in the Scheduling Order will remain the same.

The parties have complied with the Scheduling Order and its deadlines thus far. This request is the parties' second request to extend any discovery deadlines, and it is made in good faith.

For the reasons above, the parties submit that good cause exists to extend discovery, dispositive motions, and pretrial order, all in accordance with the accompanying Order.

DATED: March 13, 2018

| HENNESS & HAIGHT | BARRETT | MATURA |
|---|---|
| By: /s/ Jacob Smith (w/ permission)<br>Jacob Smith<br>Attorneys for Plaintiffs<br>Fred & Linda Doremus | By: /s/ Kevin C. Barrett<br>Kevin C. Barrett<br>Attorneys for Defendant<br>American Family Mutual Ins. Co. |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and that a copy of same was deposited for mailing, first class mail, postage prepaid, to the following:

Mark G. Henness, Esq.
Jacob S. Smith, Esq.
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

  /s/ Carolyn Harrington