# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FRED DOREMUS, individually; LINDA DOREMUS, individually,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 2:17-CV-01034-RFB-VCF<br>**ORDER** |

Before the court is the Request for Hearing (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that the Request for Hearing (ECF NO. 29) is GRANTED.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for 10:00 AM, March 27, 2019, in Courtroom 3D.

DATED this 21st day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE